**CHAMBERS COPY**

Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

**CW**

MICHAEL MEAD, an individual, )
) **CV 08    3585**
)
)
Plaintiff )
v. )    Civil Action No.
CITY OF COTATI, a municipal corporation; PLANNING )
COMMISSION OF THE CITY OF COTATI; UNITED )
STATES FISH AND WILDLIFE SERVICE; DONALD )
KOCH, in his official capacity as Director of the California )
Department of Fish and Game; Does 1-10, inclusive, )
)
Defendant )

3 CP

## Summons in a Civil Action

To: **PLANNING COMMISSION OF THE CITY OF COTATI, City of Cotati, City Manager's Office, 201 West Sierra Avenue, Cotati, California   94931**
   *(Defendant's name)*

A lawsuit has been filed against you.

   Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Meriem L. Hubbard
Paul J. Beard II
Brandon M. Middleton
Pacific Legal Foundation
3900 Lennane Drive
Suite 200
Sacramento, CA 95834
Telephone: (916) 419-7111
Fax: (916) 419-7747

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

**ANNA SPRINKLES**

Date: _____ JUL 2 5 2008 _____                               _____
                                                              Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                                _____
                                                                                 Server's signature

                                                                _____
                                                                                 Printed name and title

                                                                _____
                                                                                 Server's address