MERIEM L. HUBBARD, No. 155057
E-mail: mlh@pacificlegal.org
PAUL J. BEARD II, No. 210563
E-mail: pjb@pacificlegal.org
BRANDON M. MIDDLETON, No. 255699
E-mail: bmm@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MICHAEL MEAD, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF COTATI, a municipal corporation;<br>PLANNING COMMISSION OF THE CITY OF<br>COTATI; UNITED STATES FISH AND WILDLIFE<br>SERVICE; DONALD KOCH, in his official capacity as<br>Director of the California Department of Fish and<br>Game; Does 1-10, inclusive,<br><br>　　　　Defendants. | No. CV 08-03585 CW<br><br>**DECLARATION OF SERVICE** |

Declaration of Service
No. CV 08-03585 CW

I, Tawnda Elling, declare as follows:

I am a resident of the State of California, residing or employed in Sacramento, California.

I am over the age of 18 years and am not a party to the above-entitled action.

My business address is 3900 Lennane Drive, Suite 200, Sacramento, California 95834.

On July 29, 2008, true copies of (1) SUMMONS IN A CIVIL ACTION; (2) CIVIL COVER SHEET; (3) COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR VIOLATIONS OF THE FIFTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION, AND FOR VIOLATION OF CALIFORNIA GOVERNMENT CODE SECTION 66001, ET SEQ.; (4) NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; (5) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; (6) ECF REGISTRATION INFORMATION HANDOUTS; and (7) WELCOME TO THE U.S. DISTRICT COURT handout were placed in envelopes addressed to:

Joseph P. Russoniello
U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Attn: Civil Process Clerk

Donald Koch
Director
California Department of Fish & Game
1416 Ninth Street
Sacramento, CA 95814

Dale Hall
U.S. Fish & Wildlife Service
1849 C Street, N.W., Room 3256
Washington, DC 20240

Planning Commission of the City of Cotati
City of Cotati
City Manager's Office
201 West Sierra Avenue
Cotati, CA 94931

Edmund G. Brown Jr.
Attorney General
Attorney General's Office
California Department of Justice
P.O. Box 944255
Sacramento, CA 94244-2550

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111  FAX (916) 419-7747

Declaration of Service
No. CV 08-03585 CW                                  - 1 -

Michael Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

which envelopes, with postage thereon fully prepaid, were then sealed and mailed by certified mail at a United States Post Office in Sacramento, California.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 29th day of July, 2008, at Sacramento, California.

*TAWNDA ELLING*

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

Declaration of Service
No. CV 08-03585 CW                    - 2 -