MERIEM L. HUBBARD, No. 155057
E-mail: mlh@pacificlegal.org
PAUL J. BEARD II, No. 210563
E-mail: pjb@pacificlegal.org
BRANDON M. MIDDLETON, No. 255699
E-mail: bmm@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MICHAEL MEAD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COTATI, a municipal corporation; PLANNING COMMISSION OF THE CITY OF COTATI; UNITED STATES FISH AND WILDLIFE SERVICE; DONALD KOCH, in his official capacity as Director of the California Department of Fish and Game; Does 1-10, inclusive,<br><br>Defendants. | No. CV 08-03585 CW<br><br>**DECLARATION OF SERVICE** |

Declaration of Service
No. CV 08-03585 CW

1  I, Tawnda Elling, declare as follows:

2  I am a resident of the State of California, residing or employed in Sacramento, California.

3  I am over the age of 18 years and am not a party to the above-entitled action.

4  My business address is 3900 Lennane Drive, Suite 200, Sacramento, California 95834.

5  On July 29, 2008, true copies of (1) SUMMONS IN A CIVIL ACTION; (2) CIVIL COVER
6  SHEET; (3) COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR
7  VIOLATIONS OF THE FIFTH AND FOURTEENTH AMENDMENTS TO THE UNITED
8  STATES CONSTITUTION, AND FOR VIOLATION OF CALIFORNIA GOVERNMENT CODE
9  SECTION 66001, ET SEQ.; (4) NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO
10 EXERCISE JURISDICTION; (5) ORDER SETTING INITIAL CASE MANAGEMENT
11 CONFERENCE AND ADR DEADLINES; (6) ECF REGISTRATION INFORMATION
12 HANDOUTS; and (7) WELCOME TO THE U.S. DISTRICT COURT handout were placed in
13 envelopes addressed to:

14  Joseph P. Russoniello
    U.S. Attorney
15  450 Golden Gate Avenue
    San Francisco, CA 94102
16  Attn: Civil Process Clerk

17  Donald Koch
    Director
18  California Department of Fish & Game
    1416 Ninth Street
19  Sacramento, CA 95814

20  Dale Hall
    U.S. Fish & Wildlife Service
21  1849 C Street, N.W., Room 3256
    Washington, DC 20240

22
    Planning Commission of the City of Cotati
23  City of Cotati
    City Manager's Office
24  201 West Sierra Avenue
    Cotati, CA 94931

25
    Edmund G. Brown Jr.
26  Attorney General
    Attorney General's Office
27  California Department of Justice
    P.O. Box 944255
28  Sacramento, CA 94244-2550

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

Declaration of Service
No. CV 08-03585 CW                           - 1 -

1 | Michael Mukasey
    Attorney General
2 | U.S. Department of Justice
    950 Pennsylvania Avenue, NW
3 | Washington, DC  20530-0001

4 which envelopes, with postage thereon fully prepaid, were then sealed and mailed by certified mail

5 at a United States Post Office in Sacramento, California.

6     I declare under penalty of perjury that the foregoing is true and correct and that this

7 declaration was executed this 29th day of July, 2008, at Sacramento, California.

*/s/ TAWNDA ELLING*

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111  FAX (916) 419-7747

Declaration of Service
No. CV 08-03585 CW     - 2 -