1  Richard R. Rudnansky (SBN: 77981)
   rrudnansky@meyersnave.com
2  Julia L. Bond (SBN: 166587)
   jbond@meyersnave.com
3  Dawn A. McIntosh (SBN: 162713)
   dmcintosh@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
5  Oakland, California 94607
   Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Attorneys for Defendants CITY OF COTATI and
   PLANNING COMMISSION OF THE CITY OF
8  COTATI

9

## UNITED STATES DISTRICT COURT

10

## NORTHERN DISTRICT OF CALIFORNIA

11

12

13  MICHAEL MEAD, an individual,                  CASE NO. CV 08 3585 CW

            Plaintiff,                            **DECLARATION OF VINCENT GRIEGO**
14
       v.                                         Date:    October 9, 2008
15                                                Time:    2:00 p.m.
    CITY OF COTATI, a municipal corporation,      Crtrm.:  2
16  PLANNING COMMISSION OF THE CITY
    OF COTATI, UNITED STATES FISH AND             Trial Date:        None Set
17  WILDLIFE SERVICE, DONALD KOCH, in
    his official capacity as Director of the
18  California Department of Fish and Game,
    Does 1-10, inclusive,
19
            Defendant.
20

21

22

23

24

25

26

27

28

                                                                              CV 08 3585 CW
DECLARATION OF VINCENT GRIEGO

DECLARATION OF VINCENT GRIEGO

I, Vincent Griego, declare as follows:

1. I am a Senior Wildlife Biologist with the United States Fish and Wildlife Service, Coast Bay Delta Branch. I have held this position since November 25, 2007 and have worked with the U.S. Fish and Wildlife Service since the year 1997. My responsibilities include handling consultations and issues that arise under the Endangered Species Act for the Coastal and Bay Delta area, including the Sonoma County area.

2. I am familiar with Michael Mead and the proposed project for the Lund Hill property in Cotati, California. I have reviewed the U.S. Fish and Wildlife Service files pertaining to this project and am also personally familiar with the project. I make this declaration in support of the City of Cotati and Cotati Planning Commission's ("City defendants'") Motion to Dismiss.

3. In 2004 and 2005, Mr. Mead's consultant, Derek Marshall of BioConsultant LLC, submitted information to our office and requested that the U.S. Fish and Wildlife Service reach a determination that his proposed project would not affect the endangered California Tiger Salamander. We responded by letter dated August 31, 2005, disagreeing with this determination and informing the consultant that Mr. Mead could either perform surveys of the property following the U.S. Fish and Wildlife Service's survey guidance or follow the mitigation guidelines described in the U.S. Fish and Wildlife Service and the California Department of Fish and Game joint letter for the tiger salamander on the Santa Rosa Plain. A true and correct copy of this letter is attached as Exhibit D to the City defendants' Request for Judicial Notice.

4. In response to an inquiry regarding Mr. Mead's proposed project from Wendy Mountain, our office sent a letter to Ms. Mountain on October 14, 2005, which included a copy of the August 31, 2005 letter sent to Mr. Derek Marshall, BioConsultant LLC, and explained that a biologist from our office had conducted a site visit to confirm our determinations about the property. A true and correct copy of this letter is attached as Exhibit E to the City defendants' Request for Judicial Notice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

|   |   |
|---|---|
| 1 |   |
| 2 | Executed the 18th of August, 2008, at Sacramento, California |
| 3 |   |
| 4 | _____ |
|   | Vincent Griego |
| 5 |   |
|   | 1137132.1 |

DECLARATION OF VINCENT GRIEGO                    2                    CV 08 3585 CW