MERIEM L. HUBBARD, No. 155057
E-mail: mlh@pacificlegal.org
PAUL J. BEARD II, No. 210563
E-mail: pjb@pacificlegal.org
BRANDON M. MIDDLETON, No. 255699
E-mail: bmm@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MICHAEL MEAD, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF COTATI, a municipal corporation; PLANNING COMMISSION OF THE CITY OF COTATI; UNITED STATES FISH AND WILDLIFE SERVICE; DONALD KOCH, in his official capacity as Director of the California Department of Fish and Game; Does 1-10, inclusive,<br><br>  Defendants. | No. CV 08-03585 CW<br><br>**DECLARATION OF PERSONAL SERVICE** |

I, Kiren K. Prasad, declare as follows:

I am a resident of the State of California, residing or employed in Sacramento, California.

I am over the age of 18 years and am not a party to the above-entitled action.

My business address is 3900 Lennane Drive, Suite 200, Sacramento, California 95834.

On August 22, 2008, a true copies of (1) SUMMONS IN A CIVIL ACTION; (2) CIVIL COVER SHEET; (3) COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR

Declaration of Personal Service
No. CV 08-03585 CW                    - 1 -

VIOLATIONS OF THE FIFTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION, AND FOR VIOLATION OF CALIFORNIA GOVERNMENT CODE SECTION 66001, ET SEQ.; (4) NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; (5) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; (6) ECF REGISTRATION INFORMATION HANDOUTS; and (7) WELCOME TO THE U.S. DISTRICT COURT handout were personally served by me on the following person:

> Donald Koch
> Director
> California Department of Fish and Game
> 1416 Ninth Street
> Sacramento, CA 95814

Time: 3:53

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 22nd day of August, 2008, at Sacramento, California.

_____
KIREN K. PRASAD

Declaration of Personal Service
No. CV 08-03585 CW                  - 2 -