MERIEM L. HUBBARD, No. 155057
E-mail: mlh@pacificlegal.org
PAUL J. BEARD II, No. 210563
E-mail: pjb@pacificlegal.org
BRANDON M. MIDDLETON, No. 255699
E-mail: bmm@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| MICHAEL MEAD, an individual, | ) | No. CV 08 3585 CW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | ~~**[PROPOSED]**~~ **ORDER** |
| v. | ) | **RE: RELIEF FROM CASE** |
| | ) | **MANAGEMENT SCHEDULE** |
| CITY OF COTATI, a municipal corporation; | ) | **(CIVIL LOCAL RULES** |
| PLANNING COMMISSION OF THE CITY OF | ) | **7-11 & 16-2(d))** |
| COTATI; UNITED STATES FISH AND WILDLIFE | ) | |
| SERVICE; DONALD KOCH, in his official capacity | ) | Date: N/A |
| as Director of the California Department of Fish and | ) | Time: N/A |
| Game; Does 1-10, inclusive, | ) | Courtroom: 2 |
| | ) | |
| Defendants. | ) | |

Stipulation and [Proposed] Order Re: Relief from
Case Management Schedule—CV 08 3585 CW

1  THE PARTIES AND THEIR COUNSEL stipulate as follows:

2  On July 25, 2008, the Court issued an Order Setting Initial Case Management Conference
3  and ADR Deadlines.

4  The Order requires the parties, by October 28, 2008, to file a Rule 26(f) Report, complete
5  initial disclosures, and file a Case Management Conference Statement.  The Order also sets an
6  initial case management conference for November 4, 2008.

7  The hearing on Defendant City of Cotati's and Defendant United States Fish & Wildlife
8  Service's motions to dismiss will be on October 30, 2008.

9  Pending the outcome of the motions to dismiss, it is not possible for the parties to identify
10 with certainty the claims that will be at issue in this case or the factual matters requiring discovery.

11 Continuing the obligations set forth under the Order until after the Court resolves the
12 pending motions to dismiss would conserve the resources of the parties and of this Court.

13 THEREFORE, the parties stipulate to a continuance of the obligations set forth under the
14 Order and propose the following revised case management schedule:

15    11/25/2008   Last day to meet and confer re:  initial disclosures and discovery plan.

16    12/9/2008   Last day to file Rule 26(f) Report, complete initial disclosures or state
17                        objection in Rule 26(f) Report, and file Case Management Statement per
18                        Court's Standing Order re Contents of Joint Case Management Statement.

19    12/16/2008   Initial Case Management Conference

22 Date: _____         /S/ PAUL J. BEARD II
                                                    Paul J. Beard II
23                                                     for Plaintiffs

25 Date: _____         /S/ DAWN McINTOSH
                                                    Dawn McIntosh
26                                                     for Defendants City of Cotati and
                                                    Planning Commission of the City of
27                                                     Cotati

28

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

| | | |
|---|---|---|
| 1 | Date: _____ | /S/ MICHAEL NEVILLE |
| 2 | | Michael Neville<br>for Defendant Donald Koch |
| 3 | | |
| 4 | Date: _____ | /S/ MARK BARRON |
| 5 | | Mark Barron<br>for Defendant Fish and Wildlife Service |

PURSUANT TO STIPULATION, THE COURT SO ORDERS.

10/23/08
Date: _____

*/s/ Claudia Wilken*

Honorable Claudia Wilken

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

Stipulation and [Proposed] Order Re: Relief from
Case Management Schedule—CV 08 3585 CW        - 2 -

**CERTIFICATE OF SERVICE**

I, Laurie E. White, declare as follows:

I am a resident of the State of California, residing or employed in Sacramento, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 3900 Lennane Drive, Suite 200, Sacramento, California 95834.

On October 21, 2008, a true copy of STIPULATION AND [PROPOSED] ORDER RE: RELIEF FROM CASE MANAGEMENT SCHEDULE (CIVIL LOCAL RULES 7-11 & 16-2(d)) was electronically filed with the Court and electronically served by the ECF system on the following parties:

> Julia L. Bond
> jbond@meyersnave.com
>
> Mark S. Barron
> mark.barron@usdoj.gov
> efile_nrs.enrd@usjoj.gov
>
> Edward Grutzmacher
> egrutzmacher@meyersnave.com
> pmcbride@meyersnave.com
> hjanover@meyersnave.com
> csauceda@meyersnave.com
>
> Dawn A. McIntosh
> dmcintosh@meyersnave.com
>
> Michael W. Neville
> michael.neville@doj.ca.gov
> cory.marcelino@dog.ca.gov

On October 21, 2008, a true copy of STIPULATION AND [PROPOSED] ORDER RE: RELIEF FROM CASE MANAGEMENT SCHEDULE (CIVIL LOCAL RULES 7-11 & 16-2(d)) was placed in an envelope addressed to:

> Richard R. Rudnansky
> Meyers, Nave, Riback, Silver & Wilson
> 555 12th Street, Suite 1500
> Oakland, CA  94607

which envelope, with postage thereon fully prepaid, was then sealed and deposited in a mailbox regularly maintained by the United States Postal Service in Sacramento, California.

///

Declaration of Service by Mail
No. BC341363                                   - 1 -

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 21st day of October, 2008, at Sacramento, California.

                                       /S/ LAURIE E. WHITE
                                          LAURIE E. WHITE

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747