1  Ronald J. Tenpas, Assistant Attorney General

2  Mark S. Barron, Trial Attorney
   mark.barron@usdoj.gov
3  United States Department of Justice
   Environment & Natural Resources Division
4  Natural Resources Section
   Post Office Box 663, Ben Franklin Station
5  Washington, DC 20044
   Telephone: 202.305.0490
6  Facsimile: 202.305.0506

7  *Attorneys for Defendant United States Fish and Wildlife Service*

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL MEAD, an individual, | Case No. CV 08 3585 CW |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **RE: CONTINUANCE OF MOTION HEARING** |
| CITY OF COTATI, a municipal corporation, PLANNING COMMISSION OF THE CITY OF COTATI, UNITED STATES FISH AND WILDLIFE SERVICE, DONALD KOCH, in his official capacity as Director of the California Department of Fish and Game, DOES 1-10, inclusive, | **(CIVIL LOCAL RULE 6-2)** Date: October 30, 2008 Time: 2:00 pm Courtroom: 2 |
| Defendants. | |

Stipulated Request for Continuance

Case No. CV 08 3585 CW

Pursuant to Civil Local Rule 6-2, the parties and their counsel stipulate as follows:

1. On July 25, 2008, Plaintiff Michael Mead filed his Complaint with the Court initiating this case. See Complaint for Declaratory and Injunctive Relief for Violations of the Fifth and Fourteenth Amendments to the United States Constitution, and for Violation of California Government Code Section 66001, et seq. ¶ 1, at 1, filed July 25, 2008 (Doc. 1). On August 18, 2008, Defendants City of Cotati and Planning Commission of the City of Cotati ("City Defendants") filed a motion to dismiss Mead's Complaint. See Notice of Motion and Motion of Defendants City of Cotati and Planning Commission of the City of Cotati to Dismiss the Complaint, filed Aug. 18, 2008 (Doc. 12). Subsequently, Defendant United States Fish and Wildlife Service ("FWS") filed a separate motion to dismiss Count I of Mead's Complaint and to dismiss FWS as a defendant in this case. See United States Fish and Wildlife Service's Notice of Motion and Motion to Dismiss Count I of Plaintiff's Complaint for Lack of Subject Matter Jurisdiction, or, In the Alternative, for Failure to State a Claim Upon Which Relief Can Be Granted, filed Sept. 19, 2008 (Doc. 27).

2. Both the City Defendants' motion and FWS' motion are briefed fully. The Court has noticed a hearing on these motions for October 30, 2008.

3. Counsel for FWS will be traveling to the hearing in Oakland, California from Washington, DC. On Monday through Wednesday, November 3-5, 2008, FWS' counsel will also be participating in a trial in Los Angeles, California. For budgetary and administrative reasons, FWS' counsel contacted counsel for all other parties in this case and inquired whether those parties would consent to continue the motion hearing scheduled currently in this matter for one week (to November 6, 2008). This continuance would allow time for FWS' counsel to prepare adequately for trial, and would allow him to consolidate his travel schedule into one cross-country trip. Each of the parties have consented to FWS' request.

4. The Court's local rules provide for a continuance via stipulation under Local Rule 6-2.

5. On October 21, 2008, the parties stipulated to continue their respective obligations

1 under the Case Management Order that the Court issued on July 25, 2008 until the Court resolved
2 the motions to dismiss that the City Defendants and FWS filed.  <u>See</u> Stipulation and [Proposed]
3 Order Re: Relief from Case Management Schedule (Civil Local Rules 7-11 & 16-2(d)), filed Oct.
4 21, 2008 (Doc. 38).  In that stipulation, the parties agreed to the following Case Management
5 schedule:

6     11/25/2008    Last day to meet and confer re: initial disclosures and discovery plan.

7     12/9/2008    Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement per
8 Court's Standing Order re Contents of Joint Case Management Statement.

9     12/16/2008    Initial Case Management Conference

10     On October 23, 2008, the Court entered an order approving the parties' case management
11 stipulation.  Continuing the motion hearing scheduled currently for October 30, 2008 until
12 November 6, 2008 should not interfere with the new case management schedule upon which the
13 parties agreed and that the Court approved.
14     Therefore, the parties stipulate to continue the motion hearing scheduled currently for
15 October 30, 2008 until November 6, 2008.
16     Respectfully submitted this 27th day of October, 2008,

17
18     RONALD J. TENPAS
    Assistant Attorney General
    United States Department of Justice
19     Environment & Natural Resources Division

20     By:    <u>  /s/ Mark S. Barron                </u>
    MARK S. BARRON, Trial Attorney
21     United States Department of Justice
    Environment & Natural Resources Division
22     Natural Resources Section

23     *Attorneys for the United States*

24     <u>  /s/ Paul J. Beard II              </u>
    Paul J. Beard II
25     Pacific Legal Foundation

26     *Attorneys for Plaintiff Michael Mead*

27
28
Stipulated Request for Continuance

Case No. CV 08 3585 CW    -3-

1                  */s/ Julia L. Bond*
                     Julia L. Bond

2                      Meyers, Nave, Riback, Silver & Wilson

*Attorneys for Defendants City of Cotati and Planning Commission of the City of Cotati*

                     */s/ Michael W. Neville*
                     Michael W. Neville, Deputy Attorney General
                     California Attorney General's Office

*Attorneys for Defendant Donald Koch*

PURSUANT TO STIPULATION, THE COURT SO ORDERS

Date: 10/28/08                /s/ Claudia Wilken
                                      Hon. Claudia Wilken
                                      United States District Judge